# In the United States Court of Federal Claims

No. 01-595 C

(E-Filed: September 3, 2004)

NORTHEAST UTILITIES SERVICE CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Joint Status Report and Motion to Continue Stay. In the court's June 18, 2003 order, the court continued the stay in this case until thirty days after the time for appeal of Florida Power & Light Co. v. United States, No. 96-644C, 56 Fed. Cl. 555 (2003), had expired or thirty days after the appellate decision had become final. The decision was appealed to the Federal Circuit and the Federal Circuit vacated and remanded the case, with the mandate issuing on August 6, 2004. On June 15, 2004, the Court of Appeals for the Federal Circuit vacated and remanded Florida Power & Light Co. 103 Fed. Appx. 669 (Fed. Cir. 2004). The parties request the that the court continue the stay in this case until the court's decision in Florida Power & Light is no longer reviewable. The parties' motion is GRANTED. The parties shall file a joint status report indicating their proposed course of action for disposition of this case, including the timing of defendant's response to the complaint, forty-five days after the time for appeal of this court's judgment in Florida Power & Light Co. has expired or, if the judgment is appealed, then forty-five days after the appellate disposition is no longer reviewable.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge