**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NORTHEAST UTILITIES SERVICE CO.** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 01-595C |
| | ) | (Judge Hewitt) |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | Filed electronically: July 22, 2005 |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for Northeast Utilities Service Co. hereby provides notice that their contact information has changed. The new contact information is set forth below:

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Ave., NW, Ste. 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 (fax)
stouckj@gtlaw.com

All future communication should be addressed as such.

Dated: July 22, 2005

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Ave., NW, Ste. 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 (fax)

Counsel of record for Plaintiff
Northeast Utilities Service Co.