**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NORTHEAST UTILITIES SERVICE CO. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 01-595C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to this Court's Order dated January 28, 2002, Plaintiff Northeast Utilities Service Company ("NUSCO") and Defendant United States of America hereby submit this Joint Status Report and Motion to Continue Stay for forty-five days.

On September 1, 2004, the parties submitted a Joint Status Report and Motion to Continue Stay, requesting that the Court suspend all proceedings in this action until such time as the parties in *Florida Power & Light Co. v. United States (Florida Power)*, No. 96-644C, 56 (Miller, J.), exhausted all opportunities for appeal. The parties requested the continuance of the stay because *Florida Power* raised many of the same questions of fact and law that are present in this case, and a judgment in that case might have been dispositive of some of the issues in this case. On September 3, 2004, the Court granted the motion and ordered the parties to file a joint status report indicating their proposed course of action for disposition of this case forty-five days after the judgment in *Florida Power*.

On August 12, 2005, after years of litigation, the parties in *Florida Power* filed a stipulation of dismissal, reflecting a settlement in that action. The parties have had

tentative discussions about entering into settlement negotiations, but they have not reached any agreement as to how to proceed given the limited time since the dismissal of *Florida Power*. The parties intend to continue such discussions in the hope of entering into settlement negotiations. Therefore, in the interest of conserving the resources of the parties and the Court while settlement is still possible, the parties respectfully request that the stay of proceedings in this case be continued for an additional forty-five days. At that time, the parties will file another joint status and a proposed course of action for further proceedings if appropriate.

Dated: September 23, 2005

Respectfully submitted,

/s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Ave.
Suite 500
Washington, D.C. 20006
Telephone: (202) 331-3100
Fax: (202) 261-4751
Attorney for Plaintiff

/s/ James G. Bruen, Jr. /s/ by Jerry Stouck

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0493
Fax: (202) 307-0494
Attorney for Defendant