# In the United States Court of Federal Claims

No. 01-595 C

(E-Filed October 4, 2005)

NORTHEAST UTILITIES SERVICE CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report and Motion to Continue Stay. In the court's order of September 3, 2004, the court continued the stay in this case until forty-five days after the time for appeal of Florida Power & Light Co. v. United States, No. 96-644C, 56 Fed. Cl. 555 (2003), had expired or the appellate disposition had become final. On August 15, 2005, the court filed the parties' Stipulation of Dismissal with prejudice of the Florida Power & Light Co. complaints, reflecting a settlement in that action.

The parties request the court to continue the stay in this case for an additional forty-five days to allow the parties to continue discussions leading to settlement negotiations. The parties' motion is GRANTED. The parties shall file a joint status report indicating their proposed course of action for disposition of this case, including the timing of defendant's response to the complaint, by November 11, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge