**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NORTHEAST UTILITIES SERVICE CO. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 01-595C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

The parties again jointly ask the Court to continue the stay of proceedings in this case, this time for approximately three additional weeks, until November 30, 2005. By Order of October 4, 2005, the Court granted the parties' joint request to continue the stay of proceedings in this case until November 11, 2005. The stay originally had been entered pending disposition of another similar case, *Florida Power & Light Co. v. United States*, No. 9-644C, and the October 4 Order continued the stay following settlement of that case to allow the parties here to continue discussions leading to settlement negotiations.

The basis for the parties' current request to extend the stay until November is that plaintiff is considering changing counsel. Defendant does not oppose this request. Accordingly, the parties' respectfully request the Court to continue the stay of proceedings until November 30, 2005. At that time, the parties will file a joint status report and a proposed course of action for further proceedings if appropriate.

Dated: November 9, 2005

Respectfully submitted,

/s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Ave.
Suite 500
Washington, D.C. 20006
Telephone: (202) 331-3100
Fax: (202) 261-4751
Attorney for Plaintiff

/s/ James G. Bruen, Jr. /s/ by Jerry Stouck

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0493
Fax: (202) 307-0494
Attorney for Defendant