**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**[Electronically Filed on November 29, 2005]**

| | | |
|---|---|---|
| NORTHEAST UTILITIES SERVICE CO., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-595C<br>(Judge Hewitt) |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR CHANGE OF PLAINTIFF'S COUNSEL**

Pursuant to Rule 83.1(c)(4) of the Rules of the Court of Federal Claims, Plaintiff Northeast Utilities Service Co. moves this Court for a change in its counsel of record. Plaintiff's new counsel of record shall be:

Eric J. Marcotte
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5721
Fax: (202) 282-5100
Email: emarcotte@winston.com

Plaintiff's previous counsel of record has consented to this motion, as indicated by the below endorsement.

Pursuant to Rule 83.1(c)(4), an Affidavit of Appointment is attached to this motion.

Dated: November 29, 2005

Respectfully Submitted,

/s/ Eric J. Marcotte

Eric J. Marcotte
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5721
Fax: (202) 282-5100

Counsel of Record for Plaintiff Northeast Utilities Co.

**Consent to Change of Counsel**

I, Jerry Stouck, consent to the change in counsel of record for Plaintiff Northeast Utilities Service Co.

/s/ Jerry Stouck, /s/ by Eric J. Marcotte

Jerry Stouck

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| NORTHEAST UTILITIES SERVICE CO., Plaintiffs, v. THE UNITED STATES OF AMERICA Defendant. | No. 01-595C (Judge Hewitt) |

**AFFIDAVIT OF APPOINTMENT**

I, Eric J. Marcotte, certify that I have been retained by Northeast Utilities Service Co. to serve as counsel of record in the above captioned case.

Dated: November 29, 2005

Respectfully Submitted,

/s/ Eric J. Marcotte

Eric J. Marcotte
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5721
Fax: (202) 282-5100

Counsel of Record for Plaintiff Northeast Utilities Co.