**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**[Electronically Filed on November 30, 2005]**

| | | |
|---|---|---|
| NORTHEAST UTILITIES SERVICE CO.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 01-595C<br>(Judge Hewitt) |

**JOINT STATUS REPORT**

Plaintiff in this case has elected to change counsel and filed an Agreed Motion for Change of Counsel yesterday. Plaintiff's new counsel also represents a group of utilities that have a similar case pending before Judge Miller. That case is captioned *Carolina Power & Light Company*, *et. al. v. United States*, No. 01-597C. In the *Carolina Power* case, the Parties have engaged in discussions to determine if a settlement could be reached. The Government has provided documents and information concerning its expected defenses. The Utilities have engaged a consulting expert to assist with document analysis and formulation of a settlement position.

The Utilities' consultant is in the process of completing his analysis and the Utilities expect to be prepared to engage in settlement discussions shortly. In light of the impending holiday season, the Parties propose that this Court allow an additional forty-five days for the Parties to have settlement discussions and issue an Order continuing the stay and requiring the Parties to provide a subsequent Joint Status Report on January 16, 2006 explaining progress made towards settlement and proposing a schedule for proceeding with litigation if necessary.

Respectfully submitted,

For the Plaintiffs:

/s/ Eric J. Marcotte

Eric J. Marcotte
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20005
202-282-5000 (Phone)
202-282-5100 (Fax)
Counsel of Record

For the Defendant:

/s/ James G. Bruen, Jr., by /s/ Eric J. Marcotte

Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044
Telephone: 202.307.049
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Matthew J. Troy
Commercial Litigation Branch
Civil Division
Department of Justice

Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Dated: November 30, 2005