# In the United States Court of Federal Claims

No. 01-595 C

(E-Filed: January 19, 2006)

NORTHEAST UTILITIES SERVICE CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court directs the enclosed status report be returned to Eric J. Marcotte, Esq. unfiled. The case is assigned to the court's Electronic Case Filing system. Counsel for the case are admonished to make all filings in compliance with the court's General Order No. 42A dated November 4, 2004.

A paper copy of this order shall be provided to counsel for the parties.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge