**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NORTHEAST UTILITIES SERVICE CO. | ) | |
| Plaintiffs, | ) | No. 01-595C |
| v. | ) | (Judge Hewitt) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

On January 13, 2006, counsel for the Defendant including Department of Energy counsel, met with Plaintiffs' counsel to discuss the parties relative positions. Plaintiffs' counsel presented summaries of conclusions reached by its consultant following his analysis of relevant agency documents. The parties also discussed and agreed upon the exchange of documentation to facilitate the reconciliation of DOE's record and Plaintiffs' claims concerning the number of Separative Work Units ("SWUs") purchased. The parties are planning a subsequent meeting within the next month to be attended by Plaintiffs' consultant to provide an opportunity to further explore Plaintiffs' damages theory and calculations.

The Defendant is awaiting review of a potential settlement reached following mediation in the *Arizona Public Service Co.* case (*Arizona Public Service Co., et. al v. United States*, No. 01-592C), which is a case involving similar issues. The results of this review are expected shortly.

The parties desire to continue settlement discussions. In light of this, the parties propose that this Court issue an Order continuing the stay and requiring the Parties to provide a

subsequent Joint Status Report on February 28, 2006 explaining progress made towards settlement and proposing a schedule for proceeding with litigation if necessary.

Respectfully submitted,

For the Plaintiffs:

Eric J. Marcotte
Winston & Strawn
1700 K Street, NW
Washington, DC 20005
202-282-5000 (Phone)
202-282-5100 (Fax)
Counsel of Record

For the Defendant:

Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

*Of Counsel for Defendant:*
Matthew J. Troy
Commercial Litigation Branch
Civil Division
Department of Justice

Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044
Telephone: 202.307.049
Fax: 202.307.0494
Attorneys for Defendant

Dated: January 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2006, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of the foregoing "Joint Status Report" addressed as follows:

James G. Bruen, Esquire
Special Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Post Office Box 875
Ben Franklin Station
Washington, D.C. 20044

Eric J. Marcotte

313627