**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**[Electronically Filed on February 27, 2006]**

| | | |
|---|---|---|
| NORTHEAST UTILITIES SERVICE CO. | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-595C<br>(Judge Hewitt) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The Defendant is awaiting completion of internal review of a potential settlement reached following mediation in the *Arizona Public Service Co.* case (*Arizona Public Service Co., et. al v. United States*, No. 01-592C), which is a case involving similar issues. The parties are prepared to meet and pursue settlement discussions following completion of the review.

The parties desire to continue settlement discussions. In light of this, the parties propose that this Court issue an Order continuing the stay and requiring the Parties to provide a subsequent Joint Status Report on March 31, 2006 explaining progress made towards settlement and proposing a schedule for proceeding with litigation if necessary.

Respectfully submitted,

For the Plaintiffs:

/s/ Eric J. Marcotte
Eric J. Marcotte
Winston & Strawn
1700 K Street, NW
Washington, DC 20005
202-282-5000 (Phone)
202-282-5100 (Fax)
Counsel of Record

For the Defendant:

/s/ James G. Bruen, Jr., by, /s/ Eric J. Marcotte
Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044
Telephone: 202.307.049
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Matthew J. Troy
Commercial Litigation Branch
Civil Division
Department of Justice

Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Dated: February 27, 2006