# In the United States Court of Federal Claims

No. 01-595 C

(E-Filed February 28, 2006)

NORTHEAST UTILITIES SERVICE CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report filed February 27, 2006. The parties have requested continuation of the stay pending completion of defendant's internal review of a potential settlement reached in Arizona Public Service Co. v. United States, No. 01-592C, due to the similarity of issues with the case that is the subject of this order. The parties request the court to continue the stay in this case and to require the parties to provide a Joint Status Report on March 31, 2006. The parties' motion is GRANTED. The parties shall file a joint status report explaining progress made toward settlement and proposing a schedule for proceeding with litigation, if necessary, on or before March 31, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge