# In the United States Court of Federal Claims

No. 01-595 C

(E-Filed April 19, 2006)

NORTHEAST UTILITIES SERVICE CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

By the court's Order of February 28, 2006, the parties were to file a Joint Status Report (JSR) in this case on or before March 31, 2006. The court reminds the parties that a key function of the JSR is to provide support for the parties' request for a continuation of the stay in litigation. The court EXTENDS the date for filing the JSR for a period of four weeks from the date set by the Order of February 28, 2005. The parties shall file a JSR explaining progress made toward settlement and proposing a schedule for proceeding with litigation, if necessary, on or before April 28, 2006.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge