IN THE UNITED STATES COURT OF FEDERAL CLAIMS

[Electronically Filed on April 25, 2006]

| | |
|---|---|
| NORTHEAST UTILITIES SERVICE CO.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-595C<br>(Judge Hewitt) |

## JOINT STATUS REPORT

The Parties hereby submit this Joint Status Report ("JSR") concerning the captioned case. Since the last JSR, the Parties have twice met and conducted settlement discussions. Plaintiff has provided invoices and other evidence supporting Separative Work Units ("SWUs") of enrichment services claimed. The Defendant is reconciling this information with its records.

The Parties contemplate continued settlement discussions and propose that this Court issue an Order requiring the Parties to provide a subsequent Joint Status Report no later than July 31, 2006 explaining progress made towards settlement or proposing a schedule for proceeding with litigation if necessary.

Respectfully submitted,

For the Plaintiffs:

/s/ Eric J. Marcotte
Eric J. Marcotte
Winston & Strawn
1700 K Street, NW
Washington, DC 20005
202-282-5000 (Phone)
202-282-5100 (Fax)
Counsel of Record

For the Defendant:

/s/ James G. Bruen, Jr., by, /s/ Eric J. Marcotte
Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044
Telephone: 202.307.049
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Matthew J. Troy
Commercial Litigation Branch
Civil Division
Department of Justice

Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Dated: April 25, 200