# In the United States Court of Federal Claims

No. 01-595 C

(E-Filed May 2, 2006)

NORTHEAST UTILITIES SERVICE CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

An informal telephonic status conference was held on May 2, 2006 to review the status of discussions reported in the parties' Joint Status Report (JSR), filed April 25, 2006. The parties report continued progress in settlement discussions and request that a subsequent JSR be filed no later than July 31, 2006. The court concurs with the request. The parties shall file a JSR explaining progress made toward settlement and proposing a schedule for proceeding with litigation, if necessary, on or before July 31, 2006.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge