**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**[Electronically Filed on July 31, 2006]**

| | |
|---|---|
| NORTHEAST UTILITIES SERVICE CO. | |
| Plaintiffs, | No. 01-595C |
| v. | (Judge Hewitt) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## JOINT STATUS REPORT

As Ordered by the Court, the Parties submit this Joint Status Report ("JSR"). The Parties are actively engaged in settlement discussions and the parties have before them a substantive settlement proposal, which they are considering.

Accordingly, the parties propose that this Court issue an Order requiring the Parties to provide a subsequent Joint Status Report no later than September 29, 2006.

Respectfully submitted,

For the Plaintiffs:

/s/ Eric J. Marcotte
Eric J. Marcotte
Winston & Strawn
1700 K Street, NW
Washington, DC 20005
202-282-5000 (Phone)
202-282-5100 (Fax)
Counsel of Record

For the Defendant:

/s/ James G. Bruen, Jr./ by /s/ Eric J. Marcotte
Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044
Telephone: 202.307.049
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Dated: July 31, 2006