# In the United States Court of Federal Claims

No. 01-595 C

(E-Filed: October 4, 2006)

NORTHEAST UTILITIES SERVICE CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report (JSR) filed September 29, 2006. The parties report that they have reached a tentative settlement that is now proceeding through the review process of the Department of Justice. The parties request that a subsequent JSR be filed no later than December 29, 2006. The court concurs with the request. If the case has not earlier been dismissed, the parties shall file a JSR explaining the progress made toward settlement on or before December 29, 2006.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge